# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON-MITCHELL, INC., a California Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 4:25-cv-09174-JST<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT** |

**[PROPOSED] ORDER**

The Court, having considered the Parties' Joint Stipulation to Remand Removed Action, and good cause appearing, hereby ORDERS as follows:

The Parties stipulate and agree that the aggregate amount in controversy in this action has at all times been less than $5,000,000, exclusive of interest and costs. Accordingly, the Court lacks subject matter jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d).

Pursuant to 28 U.S.C. § 1447(c), this action is hereby REMANDED to the Superior Court of the State of California, County of Sonoma.

IT IS SO ORDERED.

DATED: May 5, 2026

_____
HON. JON S. TIGAR
U.S. DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND**